

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

January 14, 2021

**VIA ECF**

Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



**RE:    Renondeau  v. Wildlife Conservation Society, et al.**
         **Case No: 19-cv-2415(WHP)**

Dear Judge Pauley:

    I represent the Defendants in the above-referenced matter and write to request an extension of time to file a motion for summary judgment. The motion is currently due January 15, 2021. I am requesting a two week extension to January 29, 2021 with any opposition to the motion to be filed by plaintiff by March 5, 2021 and defendants' reply to be filed by March 12, 2021. I have conferred with my adversary Yusha Hiraman and she has consented to the extension and the schedule. We leave it to the court to set an oral argument date if the extension is granted.

    A stipulation to that effect is attached. No prior request for an extension of time has been made on this motion. Thank you for your attention in this matter.

Application granted.  The telephonic oral argument will be held on April 1, 2021 at 12:00 p.m.  The dial-in is 888-363-4749, passcode 3070580.

Respectfully submitted,

*/s/ Oscar Michelen*

OSCAR MICHELEN

OM:sjk
cc:  Gregory Calliste (via ecf)

Dated: January 15, 2021
       New York, New York

SO ORDERED:

*William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.

WWW.CUOMOLLC.COM