# PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**

The deadline for the parties to submit the joint letter is extended until April 17, 2024. The post-discovery conference is hereby adjourned until further notice.

Dated: April 3, 2024

**BY ECF**
Honorable Vernon S. Broderick
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re:  *Renondeau v. Wildlife Conservation Society et al.*
Docket No. 1:19-cv02415-VSB-OTW
**Letter Motion For Extension of Joint Status Letter and Adjournment of Post Discovery Conference**

Dear Judge Broderick:

This office represents Plaintiff, Rucaldeau Renondeau, in this matter. We write on consent of all Parties to request and extension of the deadline by which to submit a Joint Letter, currently April 3, 2024, and to request an adjournment of the post discovery conference, currently scheduled for April 18, 2024.

The principal trial counsel, Gregory Calliste, Jr. Esq., has been on a leave of absence since October of 2023, and is expected to return this week. Upon Mr. Calliste's return, Mr. Calliste will resume his role as principal trial counsel and will have discussions with the client about the case moving forward as well as meaningful discussions regarding the prospect of settlement with counsel for the Defendants.

Accordingly, we request a brief two-week extension upon which to submit the joint letter, from April 3, 2024, until **April 17, 2024**. Given that the post discovery conference is currently scheduled for April 18, 2024, we would respectfully request an adjournment of the conference for a similar time period, of approximately two weeks, to allow for a meaningful conference.

There have been no previous requests made for this relief.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/S/*
Alexandria Jean-Pierre, Esq.

CC:    Oscar Michelen, Esq. (*via electronic mail and ECF*)