UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
RUCALDEAU RENONDEAU,                                           :
:
Plaintiff,     :
:           19-CV-2415 (VSB)
- against -                         :
:              **OPINION**
:
WILDLIFE CONSERVATION SOCIETY, NEW                             :
YORK AQUARIUM, and DENNIS ETHIER, *in*                         :
*his individual and*                                           :
*official capacities*,                                         :
:
Defendants.    :
:
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 17, 2024, the parties submitted a letter advising that they are available to begin trial in October 2024. (Doc. 69.) Accordingly, it is hereby

ORDERED that trial is scheduled to start on October 7, 2024 at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order is due on or before September 6, 2024. Motions in limine, joint proposed voir dire questions, a verdict form, and jury instructions are due on or before September 20, 2024, and oppositions to motions in limine are due on or before September 27, 2024.

IT IS FURTHER ORDERED that counsel for all parties appear for a final pretrial conference on October 2, 2024, at 2:00 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:       April 22, 2024
             New York, New York

                                                           *[signature: Vernon Broderick]*
                                                           Vernon S. Broderick
                                                           United States District Judge