UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
RUCALDEAU RENONDEAU, :
:
                      Plaintiff, :
:     19-CV-2415 (VSB)
        - against - :
:     **OPINION**
:
WILDLIFE CONSERVATION SOCIETY, NEW :
YORK AQUARIUM, and DENNIS ETHIER, *in* :
*his individual and official capacities*, :
:
                    Defendants. :
:
------------------------------------------------------------:
X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:     August 21, 2024
             New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge